UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


FILED
April 13, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BUFORD<br><br>Defendant. | Case No.  2:23-mj-0062 CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MICHAEL BUFORD</u> Case No. <u>2:23-mj-0062 CKD</u>  Charges <u>18 U.S.C. §3583</u> from custody for the following reasons:

| | |
|---|---|
| <u>  x  </u> | Release on Personal Recognizance |
| <u>      </u> | Bail Posted in the Sum of $ _____ |
| <u>      </u> | Unsecured Appearance Bond $ _____ |
| <u>      </u> | Appearance Bond with 10% Deposit |
| <u>      </u> | Appearance Bond with Surety |
| <u>      </u> | Corporate Surety Bail Bond |
| <u>  X  </u> | (Other):. Mr. Buford to be released on 4/13/2023, forthwith. |

Issued at Sacramento, California on April 13, 2023 at 2:15 PM

By:    /s/ Carolyn K. Delaney
       Magistrate Judge Carolyn K. Delaney